(Post 11/2015)

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
_____ DIVISION

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

JUN 3 0 2021

JAMES W. McCORMACK, CLERK
By:_____ DEP CLERK

Daisy L Stringer
PO Box 23012
LR AR 72221
(Name of plaintiff or plaintiffs)

v.

CIVIL ACTION NO. 4:21CV593-LPR
4:21MC003-LPR
(case number to be supplied by the assignment clerk)

AR DHS DCCECE
PO Box 1437 Slot W301
LR AR 72203
(Name of defendant or defendants)

This case assigned to District Judge Rudofsky
and to Magistrate Judge Kearney

## COMPLAINT UNDER TITLE VII OF THE CIVIL RIGHTS ACT OF 1964

1. This action is brought pursuant to Title VII of the Civil Rights Act of 1964 for employment discrimination. Jurisdiction is specifically conferred on the Court by 42 U.S.C. §2000e-5. Equitable and other relief are also sought under 42 U.S.C. §2000e-5(g).

2. Plaintiff, Daisy L Stringer (name of plaintiff), is a citizen of the United States and resides at 401½ Johnson (street address), LR (city), Pulaski (county), AR (state), 72205 (ZIP), 501 416 7885 (telephone).

3. Defendant, AR DHS DCCECE (name of defendant), lives at, or its business is located at 700 Main (street address), LR (city), Pulaski (county), AR (state), 72203 (ZIP).

4. Plaintiff sought employment from the defendant or was employed by the

defendant at ____700 Main____, ____LR____,
                 (street address)              (city)
__Pulaski__, ____AR____, __72203__.
 (county)      (state)       (ZIP)

5. Defendant discriminated against plaintiff in the manner indicated in paragraphs 9 and 10 of the complaint on or about __9__ __11__ __2020__.
                                                                     (month) (day)  (year)

6. Plaintiff filed charges against the defendant with the Equal Employment Opportunity Commission charging defendant with the acts of discrimination indicated in paragraphs 9 and 10 of this complaint on or about __9__ __11__ __2020__.
                                                                     (month) (day)  (year)

7. The Equal Employment Opportunity Commission issued a Notice of Right to Sue which was received by plaintiff on __6__ __2__ __2021__, a copy of which notice is attached to this complaint.
                                          (month) (day) (year)

8. Because of plaintiff's (1) _____ race, (2) _____ color, (3) _____ sex, (4) _____ religion, (5) _____ national origin, defendant:

   (a) _____ failed to employ plaintiff.

   (b) __✓__ terminated plaintiff's employment.  12/3/20

   (c) _____ failed to promote plaintiff.

   (d) __6 months probation ended in 2 months which begin 10/2/2020 & termination 12/3/2020__

9. The circumstances under which the defendant discriminated against plaintiff were I was directed to perform the same tasks, duties, but received less pay @ DCCECE Background check unit, EPA underpayment

as follows: Nova Fawcett accused me of intentional poor job performance. I was assigned a new task in March 2020 by Nova Fawcett, DCCECE manager of the Background Check unit. She did not provide any training or detailed correspondence to ensure uniformity & consistency for me to perform the job of communicating with facility providers. I was expected to use my personal tablet, my WYFI, & my own mobile phone to perform State business with providers. Processing rejected Mail remotely via online.

10. The acts set forth in paragraph 9 of this complaint:

(a) _____ are still being committed by defendant.

(b) _____ are no longer being committed by defendant.

(c) ✓ may still be being committed by defendant. or until Covid-19 was over

11. Plaintiff attaches to this complaint a copy of the charges filed with the Equal Employment Opportunity Commission which charges are submitted as a brief statement of the facts supporting this complaint.

WHEREFORE, plaintiff prays that the Court grant the following relief to the plaintiff:

(a) _____ Defendant be directed to employ plaintiff, and

(b) _____ Defendant be directed to re-employ plaintiff, and

(c) _____ Defendant be directed to promote plaintiff, and

(d) ✓ Defendant be directed to pay for my loss of income for over 5 months, & the pain she caused to my living

and that the Court grant such relief as may be appropriate, including injunctive orders, damages, conditions costs and attorney's fees. hardship

Daisy S. Stringer
SIGNATURE OF PLAINTIFF